

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 21, 2025

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re:  *United States v. Patel et al.*, 25 Cr. 173 (VM)

Dear Judge Marrero:

  The Government respectfully writes to inform the Court that defendants Sunil Patel, Ratansha Vakil, and Lakhmichand Lohani are scheduled to be arraigned in Magistrate Court on May 1, 2025 at 11:00 a.m., and to request that an initial conference be scheduled before this Court on May 9, 2025 at 1:00 p.m.

  The Government also requests that the time between today and the May 9 initial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). While it is the Government's position that the Speedy Trial clock does not begin to run until the date a defendant is arraigned, out of an abundance of caution, the Government seeks the proposed exclusion between today and the date of arraignment, in addition to between the arraignment and the May 9 initial conference. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendants time to review discovery, and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel for each of the defendants has informed the Government they consent to this request.

            Respectfully submitted,

            MATTHEW PODOLSKY
            Acting United States Attorney

       By: */s/ Remy Grosbard*
            Remy Grosbard
            Assistant United States Attorney
            Southern District of New York
            (212) 637-2446

cc (by ECF):  Counsel of Record