```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2025

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

SUNIL PATEL, RATANSHA VAKIL, and LAKHMICHAND LOHANI,

                Defendants.

25 Cr. 173 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    An initial conference in this matter is hereby scheduled for May 9, 2025, at 1:00 PM. Upon the motion of the Government, and no objection from Defendants, it is hereby ordered that time until May 9, 2025, shall be excluded from speedy trial calculations to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & (B)(i) and (iv).

**SO ORDERED.**

Dated:    23 April 2025
             New York, New York

                                        Victor Marrero
                                        U.S.D.J.