USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

             - against -

SUNIL PATEL, RATANSHA VAKIL, AND
LAKHMICHAND LOHANI,

              Defendants.

**25 CR 173 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for December 2, 2025, has been adjourned to December 12, 2025, at 2:00 PM. All parties to this action consent to an exclusion of time from the Speedy Trial Act until December 12, 2025.

It is hereby ordered that time until December 12, 2025, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    2 December 2025
        New York, New York

_____
Victor Marrero
U.S.D.J.