USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

SUNIL PATEL, RATANSHA VAKIL, LAKHMICHAND LOHANI,

Defendants.

**25 Cr. 0173 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Government filed a letter in this action on August 17, 2026, with consent of the defense counsel for each defendant, Sunil Patel, Ratansha Vakil, and Lakhmichand Lohani, requesting an adjournment of the trial in this case currently scheduled to begin on October 19, 2026. (See Dkt. No. 55.)

The Court **GRANTS** the Government's request to adjourn trial in this matter to March 1, 2027. Accordingly, the final pre-trial conference in this matter is rescheduled to February 19, 2027, at 11 am.

It is hereby ordered that time until March 1, 2027, shall be excluded from Speedy Trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. For the reasons provided by the Government, the Court finds that the value of this exclusion outweighs the best interests of the Defendants and

the public in a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: 17 August 2026
New York, New York

Victor Marrero
U.S.D.J.